GARY M. RESTAINO
United States Attorney
District of Arizona
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ross.Arellano.Edwards@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Claudia Yanet Esparza, <br><br> Defendant. | No.  MJ-25-01527 <br> CR-25-00767-PHX-ASB <br><br> **I N F O R M A T I O N** <br><br> VIO: 18 U.S.C. § 371 <br> (Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States) <br> Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT 1

Beginning on an unknown date and continuing up to and including April 24, 2025, in the District of Arizona and elsewhere, defendant CLAUDIA YANET ESPARZA did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, to conceal, harbor, and shield from detection an alien who had come to, entered, and remained in the United States, in violation of law, in any place, including any building and any means of transportation, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1.   On or before April 25, 2025, Jose Lopez-Garcia had entered the United States on a temporary visa. Prior to 2025 his visa expired. I was aware of the fact that he no longer had lawful authority to remain in the United States. I entered an agreement with him that allowed him to continue to reside with me at my apartment so he could evade detection from United States law enforcement.

2.   On or about April 25, 2025, Border Patrol executed a search warrant on my apartment. When asked if there was anyone else in my apartment I told them there was not. This was a knowing attempt to shield Jose Lopez-Garcia from detection by law enforcement.

All in violation of Title 18, United States Code, Section 371.

Dated this 13th day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Ross Arellano Edwards*
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney